# EXHIBIT "A"

1st Copy-Defendant    3rd Copy -Return

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | SUMMONS | CASE NO.<br>26-005234-NO<br>Hon.Edward J. Joseph |
|---|---|---|

Court telephone no.:

| Plaintiff's name(s), address(es), and telephone no(s)<br>Mays, A'layla, By His/Her Next Frie    et. Al | v | Defendant's name(s), address(es), and telephone no(s).<br>Walmart Stores East Limited Partnership |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no<br>Cherie L Lobb 61385<br>24681 Northwestern Hwy<br>Southfield, MI 48075 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

## Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

## Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035

☒ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.

| SUMMONS |
|---|

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>3/30/2026 | Expiration date*<br>6/29/2026 | Court clerk<br>Carla Keefe |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**MC 01 (3/23)**    **SUMMONS**    MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105



## STATE OF MICHIGAN
## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

A'LAYLA MAYS, minor, by and through her
Next Friend and mother, Angelique Mays,

Case No: 26-        -NO
Hon.

     Plaintiff(s)

v.

WALMART STORES EAST LIMITED
PARTNERSHIP,

     Defendant(s).

---

THE LOBB LAW FIRM
CHERIE LOBB (P61385)
SHANNON REIGHARD (P82124)
Attorneys for Plaintiff(s)
24681 Northwestern Hwy, Ste. 4100
Southfield, MI 48075
(248) 591-4090; (248) 587-8557 (fax)
shannon@thelobblawfirm.com
taliah@thelobblawfirm.com - (assistant)

---

*There is no other pending or resolved civil action arising out of the same
transaction or occurrence as alleged in this complaint.*

### COMPLAINT

NOW COMES Plaintiff, A'LAYLA MAYS, minor, by and through her Next Friend and

mother, Angelique Mays, by and through her attorneys, The Lobb Law Firm, and for her

Complaint states the following:

### PARTIES

1. Minor Plaintiff, ALAYLA MAYS, is a resident of the City of Taylor, County of Wayne, State

of Michigan.

2. Defendant, WAL-MART STORES EAST LIMITED PARTNERSHIP, is a business entity,

authorized to do, and so conducting business in the City of Taylor, County of Wayne, State

of MI, and is the owner of the premises located specifically located at 7555 Telegraph Rd;

their registered agent being The Corporation Company, 40600 Ann Arbor Rd. E, Ste. 201, Plymouth, MI 48170

## JURISDICTION AND VENUE

3.  Minor Plaintiff hereby re-alleges and incorporates all previous paragraphs by reference as though fully set forth herein.

4.  The amount in controversy in this cause exceeds Twenty-Five Thousand ($25,000.00) dollars exclusive of costs, interest and attorney fees.

## GENERAL ALLEGATIONS

5.  Minor Plaintiff hereby re-alleges and incorporates all previous paragraphs by reference as though fully set forth herein.

6.  On July 24, 2025, Plaintiff was lawfully on Defendant(s) premises, which was owned, operated, and under the control of Defendant(s), as a business invitee, when she was seriously injured because of the negligence of Defendant(s), through its agents, servants, representatives, and employees.

7.  On the above-mentioned date, Plaintiff was at the premises of the Defendant(s) when she slipped and fell on an unmarked wet floor. These conditions ultimately caused Plaintiff to suffer grievous injuries.

8.  Defendant(s) was aware and/or should have been aware of the hazardous condition prior to the incident which caused Plaintiff serious injuries, yet, Defendant(s) did nothing to remedy the hazardous condition.

12. As a direct and proximate cause of Defendant(s) negligence, Plaintiff sustained serious bodily injuries which were and are painful and disabling, and necessitated extensive medical care. In addition, Plaintiff suffered injuries, and these injuries caused possible aggravation of pre-existing conditions or reactivation of dormant conditions.

13. Minor Plaintiff was unable to attend to her usual affairs or render services as before, and was hampered in the enjoyment of her normal pursuits of life as before.

14. Plaintiff has suffered loss of earnings, and loss of earning capacity, and was required to expend or become liable for various sums of money in or about securing medical care and treatment and will be liable for such medical care in the future.  Further, said injuries, pain, suffering, and residuaries thereof are permanent and the result of the negligence of Defendant as herein before alleged.

### REQUEST FOR RELIEF

WHEREFORE, minor Plaintiff, ALAYLA MAYS, by and through her Next Friend and mother, Angelique Mays, requests judgment against each Defendant in whatever amount in excess of Twenty-Five Thousand ($25,000.00) dollars as is found to be reasonable and just, plus interest, costs and attorney fees wrongfully sustained by Plaintiff.

Respectfully submitted,
THE LOBB LAW FIRM

/s/ Shannon Reighard
CHERIE LOBB (P61385)
SHANNON REIGHARD (P82124)
Attorneys for Plaintiff
24681 Northwestern Hwy, Ste 4100
Dated: March 28, 2026          Southfield, MI 48075
248-591-4090 /F: 248-587-8557